**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE INTUNIV ANTITRUST LITIGATION<br><br>This Document Relates to: *Direct Purchaser Actions* | Civil Action No. 16-cv-12653-ADB (Direct) |

## NOTICE OF CHANGE OF FIRM AFFILIATION

Notice is hereby given that the undersigned are now affiliated with the law firm of Sperling & Slater, P.C., effective January 1, 2019, and the undersigned state the following:

1. The undersigned were previously associated with the firm known as Vanek, Vickers & Masini, P.C.

2. The undersigned formerly affiliated with Vanek, Vickers & Masini, P.C. have now become affiliated with Sperling & Slater, P.C.

3. New contact information for the undersigned is:

> SPERLING & SLATER, P.C.
> 55 W. Monroe Street, Suite 3200
> Chicago, Illinois 60603
> Tel: (312) 641-3200
> Fax: (312) 641-6492
> jvanek@sperling-law.com
> dgermaine@sperling-law.com
> jbjork@sperling-law.com

Dated: January 23, 2019

Respectfully submitted,

By: /s/ Joseph M. Vanek
Joseph M. Vanek
David P. Germaine
John P. Bjork
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3200
Chicago, Illinois 60603
Tel: (312) 641-3200
Fax: (312) 641-6492
jvanek@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com

**CERTIFICATE OF SERVICE**

On January 23, 2019, I filed a copy of the foregoing document with the Clerk of the Court for the United States District Court District of Massachusetts, via the Court's CM/ECF system, which sends a notification of a filing to all counsel of record.

By: /s/ Joseph M. Vanek
Joseph M. Vanek