## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: INTUNIV ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Direct Purchaser Actions | No. 1:16-cv-12653-ADB |

### DECLARATION OF LAUREN G. BARNES IN SUPPORT OF DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER APPROVING THE FORM AND MANNER OF NOTICE AND APPOINTING A NOTICE ADMINISTRATOR

I, Lauren G. Barnes, hereby declare as follows:

I am a member of the bar of the Supreme Judicial Court of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Supreme Court. I am a partner at Hagens Berman Sobol Shapiro LLP and lead counsel for the direct purchaser class in this matter.

1.     Attached as **Exhibit 1** is a true and accurate copy of a list of all class members.

2.     Attached as **Exhibit 2** is a true and accurate copy of the proposed direct purchaser class notice.

3.     Attached as **Exhibit 3** is a true and accurate copy of the court-approved direct purchaser class notice in *In re Loestrin 24 Fe Antitrust Litigation*, No. 1:13-md-2472 (D.R.I.).

4.     Attached as **Exhibit 4** is a true and accurate copy of the court-approved direct purchaser class notice in *In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation*, No. 14-md-2503 (D. Mass.).

5.     Attached as **Exhibit 5** is a true and accurate copy of the court-approved direct purchaser class notice in *In re Celebrex (Celecoxib) Antitrust Litigation*, No. 14-cv-361 (E.D. Va.).

6.      Attached as **Exhibit 6** is a true and accurate copy of the court-approved direct purchaser class notice in *In re K-Dur Antitrust Litigation*, No. 01-cv-1653 (D.N.J.).

7.      Attached as **Exhibit 7** is a true and accurate copy of the court-approved direct purchaser class notice in *King Drug Co. of Florence, Inc. v. Cephalon, Inc.*, No. 06-cv-1797 (E.D. Pa.).

8.      Attached as **Exhibit 8** is a true and accurate copy of the court-approved direct purchaser class notice in *In re Nexium (Esomeprazole) Antitrust Litigation*, No. 12-md-2409 (D. Mass.).

9.      Attached as **Exhibit 9** is a true and accurate copy of the court-approved direct purchaser class notice in *In re Prograf Antitrust Litigation*, No. 11-md-2242 (D. Mass.).

10.     Attached as **Exhibit 10** is a true and accurate copy of the court-approved direct purchaser class notice in *In re Wellbutrin XL Antitrust Litigation*, No. 08-cv-2431 (E.D. Pa.).

Executed this 23rd day of December, 2019, under the pains and penalties of perjury.

/s/ Lauren G. Barnes
Lauren G. Barnes
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
lauren@hbsslaw.com

**CERTIFICATE OF SERVICE**

I, Kristen A. Johnson, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's CM/ECF system. Those attorneys who are registered CM/ECF users may access these filings, and notice of these filings will be sent to those parties by operation of the CM/ECF system.

Dated: December 23, 2019                                    /s/ Lauren G. Barnes
                                                                           Lauren G. Barnes