UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE INTUNIV ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*Direct Purchaser Actions* | Civil Action No. 16-cv-12653-ADB |

**DIRECT PURCHASER PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH DEFENDANT ACTAVIS, APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS, AND PROPOSED SCHEDULE FOR A FAIRNESS HEARING**

Pursuant to Fed. R. Civ. P. 23(e), direct purchaser plaintiff Meijer, Inc. and Meijer Distribution, Inc. ("Meijer" or "Plaintiff"), individually and on behalf of the certified Direct Purchaser Class ("Direct Purchaser Class"), hereby respectfully requests that the Court preliminarily approve the proposed settlement with defendant Actavis Elizabeth LLC, Actavis LLC, and Actavis Holdco US, Inc. ("Actavis"), including that the Court:

1. Appoint Meijer as class representative solely for purposes of the settlement;

2. Enter a preliminary approval order substantially in the form annexed to the Settlement Agreement as Exhibit A;

3. Approve the plan of notice to the class, including procedures for objecting to the settlement, in the form annexed to the Settlement Agreement as Exhibit B;

4. Appoint A.B. Data, Ltd. ("A.B. Data"), previously appointed by the Court as Notice Administrator for service of the notice of class certification, to assist Class Counsel in disseminating the Notice and serve as Claim Administrator;

5. Appoint The Huntington National Bank as agreed by Plaintiff and Actavis as escrow agent for the settlement fund pursuant to the Escrow Agreement annexed to the Settlement Agreement as Exhibit D; and

6. Adopt the proposed settlement schedule set forth in the proposed preliminary approval order, including scheduling a fairness hearing.

In support of this motion, Plaintiff hereby provides more complete description of the benefits of the settlement and negotiations, including the specific terms of the Settlement

Agreement, in the Plaintiff's Memorandum of Law and the Declaration of Co-Lead Counsel Lauren G. Barnes, attaching the Settlement Agreement and exhibits thereto, submitted herewith.

The Settlement Agreement is between the Direct Purchaser Class and Actavis only. Defendants Shire plc, Shire LLC, and Shire U.S., Inc. ("Shire") are not part of the Settlement Agreement and have not settled. Plaintiff's and the Direct Purchaser Class's case against Shire proceeds.

WHEREFORE, for the reasons set forth herein and in Plaintiff's submissions, the motion to preliminarily approve the settlement should be granted. A proposed form of order is submitted herewith as Exhibit A to the Settlement Agreement attached to the Barnes Declaration.

Dated: September 1, 2020

Respectfully submitted,

*/s/ Lauren G. Barnes*
Thomas M. Sobol (BBO #471770)*
David S. Nalven (BBO #547220)
Lauren G, Barnes (BBO #663819)*
Kristie A. LaSalle (BBO #692891)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts 02142
Tel: 617-482-3700
Fax: 617-482-3003
tom@hbsslaw.com
davidn@hbsslaw.com
lauren@hbsslaw.com
kristiel@hbsslaw.com

*Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. and \*Lead Class Counsel for the Direct Purchaser Class*

Joseph M. Vanek
Bruce S. Sperling
Paul E. Slater
David P. Germaine
John P. Bjork
SPERLING & SLATER, P.C.

2

55 W. Monroe, Suite 3500
Chicago, IL 60603
Telephone: (312) 224-1500
Facsimile: (312) 224-1510
jvanek@sperling-law.com
bsperling@sperling-law.com
pslater@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com

*Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. and Additional Counsel for the Direct Purchaser Class*

John D. Radice (*pro hac vice*)
Kenneth Pickle (*pro hac vice*)
Clark Craddock (*pro hac vice*)
RADICE LAW FIRM, P.C.
34 Sunset Blvd
Long Beach, NJ 08008
Telephone: 919-749-3980
jradice@radicelawfirm.com
kpickle@radicelawfirm.com
ccraddock@radicelawfirm.com

Linda P. Nussbaum (*pro hac vice*)
Peter Moran (*pro hac vice*)
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: 917-438-9189
lnussbaum@nussbaumpc.com
pmoran@nussbaumpc.com

Sharon K. Robertson (*pro hac vice*)
Jessica Weiner (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave, NW, 5th Floor
Washington, DC 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699
srobertson@cohenmilstein.com
jweiner@cohenmilstein.com

Donna M. Evans (BBO #554613)
COHEN MILSTEIN SELLERS & TOLL PLLC

<div style="margin-left: 2em;">

88 Pine Street, 14th Floor
New York, NY 10005
Telephone: 212-838-7797
Facsimile: 212-838-7745
devans@cohenmilstein.com

David F. Sorensen
Caitlin G. Coslett
Aurelia Chaudhury
Berger & Montague, P.C.
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
dsorensen@bm.net
ccoslett@bm.net
achaudury@bm.net

Joseph H. Meltzer (*pro hac vice* forthcoming)
Terence S. Ziegler (*pro hac vice* forthcoming)
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056
jmeltzer@htmc.com
tziegler@ktmc.com

*Additional Counsel for the Direct Purchaser Class*

</div>

## CERTIFICATE OF SERVICE

I, Lauren G. Barnes, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 1, 2020.

<div style="text-align: right;">*/s/ Lauren G. Barnes*</div>