UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE INTUNIV ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*Direct Purchaser Actions* | C.A. No. 16-cv-12653-ADB |

DIRECT PURCHASERS' MOTION FOR FINAL APPROVAL
OF PROPOSED SETTLEMENT WITH DEFENDANT ACTAVIS

Pursuant to Fed. R. Civ. P. 23(e), direct purchaser plaintiff Meijer, Inc. and Meijer Distribution, Inc. ("Meijer" or "Plaintiff"), individually and on behalf of the certified Direct Purchaser Class ("Direct Purchaser Class"), hereby respectfully requests that the Court grant final approval of the proposed settlement with defendant Actavis Elizabeth LLC, Actavis LLC, and Actavis Holdco US, Inc. ("Actavis"). In support of this motion, direct purchasers submit their Memorandum in Support of Direct Purchasers' Motion for Final Approval of the Proposed Settlement with Actavis, dated Nov. 24, 2020, along with the following exhibits:

**Exhibit A.** [Proposed] Order Granting Final Judgment and Order of Dismissal Approving Direct Purchaser Class Settlement with Actavis and Dismissing Direct Purchaser Class Claims against Actavis, previously submitted with direct purchasers' motion for preliminary approval dated September 1, 2020, as ECF No. 480-4.

**Exhibit B.** List of the court documents posted for review on Claim Administrator A.B. Data, Ltd.'s website established for this settlement, http://www.intunivantitrustsettlement.com/ ("Court Documents" page).

**Exhibit C.** Declaration of Eric Miller, Senior Vice President, A.B. Data, Regarding Notice of Settlement to the Direct Purchaser Class, dated Nov. 20, 2020.

**Exhibit D.** Plan of Allocation Direct Purchaser Plaintiffs' [Proposed] Plan of Allocation for the Direct Purchaser Class, previously submitted to the Court as ECF No. 480-7, and Declaration of Jeffrey J. Leitzinger, Ph.D. Related to Proposed Allocation Plan and Net Settlement Fund Allocation, dated August 28, 2020, previously submitted to the Court as ECF No. 480-8.

WHEREFORE, for the reasons set forth herein and in direct purchasers' prior submissions, the motion for final approval of the proposed settlement with defendant Actavis should be granted.

Dated: November 24, 2020

Respectfully submitted,

**/s/ Lauren G. Barnes**
Thomas M. Sobol (BBO #471770)*
David S. Nalven (BBO #547220)
Lauren G, Barnes (BBO #663819)*
Kristie A. LaSalle (BBO #692891)
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts 02142
Tel: 617-482-3700
Fax: 617-482-3003
tom@hbsslaw.com
davidn@hbsslaw.com
lauren@hbsslaw.com
kristiel@hbsslaw.com

*Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. and *Lead Class Counsel for the Direct Purchaser Class*

Joseph M. Vanek
Bruce S. Sperling
Paul E. Slater
David P. Germaine
John P. Bjork
SPERLING & SLATER, P.C.
55 W. Monroe, Suite 3500
Chicago, IL 60603
Telephone: (312) 224-1500
Facsimile: (312) 224-1510
jvanek@sperling-law.com
bsperling@sperling-law.com
pslater@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com

*Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. and Additional Counsel for the Direct Purchaser Class*

2

John D. Radice (*pro hac vice*)
Kenneth Pickle (*pro hac vice*)
Clark Craddock (*pro hac vice*)
RADICE LAW FIRM, P.C.
34 Sunset Blvd
Long Beach, NJ 08008
Telephone: 919-749-3980
jradice@radicelawfirm.com
kpickle@radicelawfirm.com
ccraddock@radicelawfirm.com

Linda P. Nussbaum (*pro hac vice*)
Peter Moran (*pro hac vice*)
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Telephone: 917-438-9189
lnussbaum@nussbaumpc.com
pmoran@nussbaumpc.com

Sharon K. Robertson (*pro hac vice*)
Jessica Weiner (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave, NW, 5th Floor
Washington, DC 20005
Telephone: 202-408-4600
Facsimile: 202-408-4699
srobertson@cohenmilstein.com
jweiner@cohenmilstein.com

Donna M. Evans (BBO #554613)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: 212-838-7797
Facsimile: 212-838-7745
devans@cohenmilstein.com

David F. Sorensen
Caitlin G. Coslett
Aurelia Chaudhury
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
dsorensen@bm.net
ccoslett@bm.net

achaudury@bm.net

Peter Kohn
Joseph T. Lukens
FARUQI & FARUQI LLP
One Penn Center, Suite 1550
1617 John F. Kennedy Boulevard
Telephone: (215) 277-5770
Facsimile: (215) 277-5771
pkohn@faruqilaw.com
dcalvello@faruqilaw.com

Joseph H. Meltzer
Terence S. Ziegler
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7056
jmeltzer@htmc.com
tziegler@ktmc.com

*Additional Counsel for the Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I, Lauren G. Barnes, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 24, 2020.

**/s/ Lauren G. Barnes**

4