# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re INTUNIV ANTITRUST LITIGATION<br><br>This Document Relates to: *Direct Purchaser Actions* | C.A. No. 16-cv-12653-ADB (Direct) |

## JOINT STATUS REPORT AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PENDING MOTIONS, PERMIT REPLIES IN SUPPORT OF PENDING MOTIONS, AND SCHEDULE STATUS CONFERENCE

Meijer, Inc. and Meijer Distribution, Inc. (collectively, "Meijer"), proposed intervenor BI-LO, LLC ("BI-LO"), and defendants Shire U.S, Inc. and Shire LLC (collectively, "Shire"), by and through their respective counsel of record, jointly report as follows:

1. The matter before the AAA initiated by Meijer following the Court's January 2021 Order granting Shire's Motion to Compel Arbitration (Dkt. # 554) has concluded. The Arbitrator's ruling held that Meijer's claims against Shire are arbitrable and that Shire may compel arbitration of Meijer's claims. A copy of the Arbitrator's ruling is attached hereto (to be filed under seal) as Exhibit 1.

2. Counsel for Shire and DPPs have agreed to attempt to mediate DPPs' claims. The parties have scheduled a mediation to occur on September 30, 2022.

3. On July 8, 2022, DPPs filed Motions for the Intervention of BI-LO, LLC (Dkt. # 570), to Vacate the Arbitrator's Decision (Dkt. # 574), and for Reconsideration of the Court's Order Denying Meijer's Motion to be Appointed Class Representative and Granting Shire's Motion to Compel Arbitration (Dkt. # 577) (collectively, the "Pending Motions"). Shire intends to oppose each of the Pending Motions, and oppositions to those motions are currently due on August 19.

4. To open a small window in which to attempt mediation, the parties have stipulated that oppositions to the Pending Motions shall be, with the Court's approval, extended by 76 days (until November 3), and the plaintiffs shall file replies, if any, by November 21.

5. The parties request that the Court schedule a status conference to occur the week following the parties' mediation (i.e., on October 5, 2022 or on the soonest date thereafter that the parties and the Court can accommodate). The parties will report to the Court on the outcome of their mediation at that time. In the event mediation is unsuccessful, the parties intend to report to the Court on a schedule for a hearing on the Pending Motions, the nature and timing of any other motion practice, and whether a trial date should be set and, if so, for what time period.

NOW, THEREFORE, the parties hereby request that the Court:

a. extend the deadline to respond to each of the Pending Motion to November 3, 2022;

b. grant DPPs leave to file replies, if any, in support of the Pending Motions by November 21, 2022; and

c. schedule a status conference to occur the week following the parties' mediation (i.e., on October 5, 2022 or on the soonest date thereafter that the parties and the Court can accommodate).

Respectfully submitted,

Dated: August 3, 2022

/s/ *Joshua S. Barlow*
Fred A. Kelly, Jr. (BBO #544046)
Joshua Barlow (BBO #667472)
HAUG PARTNERS LLP
One Post Office Square
Boston, MA 02109
Telephone: 617-426-6800
fkelly@haugpartners.com
jbarlow@haugpartners.com

Michael F. Brockmeyer (*pro hac vice*)
David S. Shotlander (*pro hac vice*)
HAUG PARTNERS LLP
1776 I St NW, NW
Washington, DC 20006
Telephone: (202) 292-1530
Facsimile: (202) 292-1531
mbrockmeyer@haugpartners.com
dshotlander@haugpartners.com

*Counsel for Shire LLC and Shire U.S., Inc.*

Richard M. Brunell (BBO #544236)
HILLIARD & SHADOWEN, LLP
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-2398
rbrunell@hilliardshadowenlaw.com

*Counsel for Proposed Intervenor BI-LO, LLC*

Respectfully submitted,

/s/ *Lauren G. Barnes*
Thomas M. Sobol (BBO #471770)
Lauren G. Barnes (BBO #663819)
Kristie A. LaSalle (BBO #692891)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
Facsimile: (617) 482-3003
lauren@hbsslaw.com
tom@hbsslaw.com
kristiel@hbsslaw.com

*Counsel for Proposed Intervenor BI-LO, LLC, Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and Lead Class Counsel for the Direct Purchaser*

Joseph M. Vanek
Paul E. Slater
David P. Germaine
John P. Bjork
SPERLING & SLATER, P.C.
55 W. Monroe, Suite 3500
Chicago, IL 60603
Telephone: (312) 224-1500
Facsimile: (312) 224-1510
jvanek@sperling-law.com
pslater@sperling-law.com
dgermaine@sperling-law.com
jbjork@sperling-law.com

*Counsel for Plaintiffs Meijer, Inc. and*
*Meijer Distribution, Inc. and Additional Counsel*
*for the Direct Purchaser Class*

**SO ORDERED**

Dated: _____

                                                              _____
                                                              Allison D. Burroughs
                                                              U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on that this document will be filed through the CM/ECF system and thus will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 3, 2022.

Dated: August 3, 2022                               */s/ Joshua S. Barlow*
                                                    Joshua S. Barlow