UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE INTUNIV ANTITRUST LITIGATION<br><br>This Document Relates to: *Direct Purchaser Actions* | C.A. Nos.  16-cv-12653-ADB (Direct) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.5.2(c), please withdraw the appearance of David Nalven as counsel of record for FWK Holdings LLC, Proposed Intervenor BI-LO, LLC, Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and Lead Class Counsel for the Direct Purchaser Class. The aforementioned parties will continue to be represented by counsel from Hagens Berman Sobol Shapiro LLP and by class counsel. Pursuant to Local Rule 83.5.2(d), a copy of this notice will be served upon FWK Holdings LLC, BI-LO, LLC, Meijer, Inc., Meijer Distribution, Inc., and upon all other parties via ECF.

| | |
|---|---|
| Dated: August 9, 2022 | Respectfully submitted,<br><br>/s/ *Lauren G. Barnes*<br>Lauren G. Barnes (BBO #663819)<br>Thomas M. Sobol (BBO #471770)<br>Kristie A. LaSalle (BBO #692891)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1 Faneuil Hall Square, 5th Floor<br>Boston, MA 02109<br>Telephone: (617) 482-3700<br>Facsimile: (617) 482-3003<br>lauren@hbsslaw.com<br>tom@hbsslaw.com<br>kristiel@hbsslaw.com<br><br>*Counsel for Proposed Intervenor BI-LO, LLC, Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and Lead Class Counsel for the Direct Purchaser Class* |

## CERTIFICATE OF SERVICE

      I hereby certify that this document will be filed through the CM/ECF system and thus will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 9, 2022.

Dated: August 9, 2022                              */s/ Lauren G. Barnes*
                                                                               Lauren G. Barnes