# EXHIBIT 1

IN THE MATTER OF ARBITRATION BETWEEN

Meijer, Inc. and Meijer Distributions, Inc., Claimants

And

Shire LLC and Shire US, Inc., Respondents

AAA Ref. No. 01-21-0002-3259

REPORT OF PRE-ARBITRATION CONFERENCE CALL

AND SCHEDULING ORDER NO. 1

Pursuant to agreement of the parties, a conference call was held on December 16, 2021, and in consequence the following order is made with respect to the conduct of this arbitration.

1. Parties and Counsel.
   The parties to the arbitration are identified in the caption and represented as follows:

   Counsel for Claimants
   Joseph M. Vanek
   Greg Shinall
   Michael G. Dickler
   SPERLING & SLATER
   55 West Monroe Street, Suite 3200
   Chicago, Illinois  60603
   312.641.3200
   jvanek@sperling-law.com
   shinall@sperling-law.com
   mdickler@sperling-law.com

   Counsel for Respondents
   Fred A. Kelly
   Joshua Barlow
   David Shotlander
   HAUG PARTNERS LLP
   1667 K Street, NW
   Washington, DC  20006
   202.292.1530
   fkelly@haugpartners.com
   jbarlow@haugpartners.com
   dshotlander@haugpartners.com

2. Arbitrator
   Allyson K. Duncan

1

    1155 F Street, NW, Suite 1150
    Washington, DC  20002
    202.942.9180
    aduncan@jamsadr.com

3. Case Manager
    Elizabeth Robertson
    International Center for Dispute Resolution
    120 Broadway, 21st Floor
    New York NY  10271
    212.484.3290
    ElizabethRobertson@adr.org

4. Agreement as to Issues
The parties conferred pursuant to AAA Commercial Rules R-21 and P-2 and resolved the scope of issues to be considered in this arbitration as follows:
The parties agree that
- The sole issue presently before the arbitrator is the threshold and dispositive issue of the arbitrability of the claims Meijer asserted in the related matter before the District Court
- The merits of Meijer's underlying claims are not presently before the arbitrator, and
- The issue of arbitrability is to be decided without considering the merits of Meijer's underlying claims.

5. Schedule and Procedure
The first two briefs submitted in this matter, Claimants' Arbitration Demand Pursuant to Court Order dated March 16, 2021, and Respondents' Arbitration Answering Statement dated May 17, 2021, 2021, will, by agreement of the parties, serve as the opening and responsive briefs on Meijer's request for a ruling on the issue of arbitrability.

The parties propose, and arbitrator adopts, the following schedule for the submissions of the remaining briefs:
Claimants' reply brief is due on January 17, 2022 and
Respondents' sur-reply brief is due on February 26, 2022
Either party may request leave to make additional submissions.

The reply and sur-reply briefs, respectively, are limited to 25 pages.  Either party may request leave to file a longer brief, but it must be accompanied by an explanation of the justification for the request.

Because the parties have designated the arbitration demand and response as the initial briefs, neither may object that the reply or sur-reply raises- points that were not included in the initial submissions.

Although the issue presented to the Arbitrator is a legal one, both parties reserve the right to request further additional factual discovery as they deem appropriate. Such request should be submitted in a three-page letter brief. A responsive filing of the same length would be required within three business days.

6. Hearing

    Within 14 business days of the filing of the last submission the parties are to confer with the Case Managed to schedule a status conference to discuss future proceedings, such as the need for oral argument. It is anticipated that no further briefing should be necessary.

7. Award

    The parties jointly request that the arbitrator issue a reasoned award pursuant to P-2(a)(xvii).

8. Administrative matters

    The arbitrator requests that filings be uploaded to the AAA website.
    The arbitrator further requests that the parties each submit a binder containing cases to be relied on in briefing be sent to the following address

    Allyson K. Duncan
    3908 City of Oaks Wynd
    Raleigh, NC  27612

    So ordered


    Allyson K. Duncan                           December 16, 2021.