UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FWK Holdings LLC et al**
      Plaintiffs

v.                            Civil Action No. <u>1:16-cv-12653-ADB</u>

**Shire PLC, et al**
      Defendants

SETTLEMENT ORDER OF DISMISSAL

BURROUGHS, D.J.

    The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

                                            By the Court,

5/13/2024                            /S/ Caetlin McManus
Date                                Docket Clerk