UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE INTUNIV ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*Direct Purchaser Actions* | Civil Action No. 16-cv-12653-ADB (Lead) |

**DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH SHIRE, APPOINTMENT OF CLASS REPRESENTATIVES FOR SETTLEMENT PURPOSES, APPROVAL OF FORM AND MANNER OF NOTICE TO THE CLASS, APPOINTMENT OF SETTLEMENT ADMINISTRATOR AND ESCROW AGENT, AND PROPOSED SCHEDULE FOR A FAIRNESS HEARING**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, direct purchaser class plaintiffs Meijer, Inc. and Meijer Distribution, Inc. ("Meijer") and Quality King Healthcare ("QK Healthcare"), individually and on behalf of the certified direct purchaser class, hereby respectfully move the Court for entry of an Order:

1. Granting preliminary approval of the proposed settlement by and between Meijer and QK Healthcare, individually and on behalf of the direct purchaser class, and defendants Shire LLC and Shire US, Inc.;

2. Appointing Meijer and QK Healthcare as class representatives solely for purposes of the settlement;

3. Approving the proposed form and manner of notice to the direct purchaser class;

4. Appointing A.B. Data, Ltd. as settlement administrator to assist in disseminating settlement notice to the direct purchaser class members and, if the settlement is granted final approval, administering distribution of the settlement fund to the direct purchaser class;

5. Appointing The Huntington National Bank as escrow agent to receive and invest the settlement funds in accordance with the terms of the escrow agreement; and

6. Adopting the proposed settlement schedule set forth in the proposed preliminary approval order, including scheduling a fairness hearing.

In support of this motion, the direct purchasers submit that the proposed settlement with Shire is fair, reasonable, and adequate and that the proposed form and manner of notice will adequately inform the class of the terms of the settlement. A detailed description of the benefits and terms of the settlement and the negotiations thereof is set forth in the supporting memorandum, declaration, and exhibits, and a proposed order is submitted herewith.

Dated: June 21, 2024

Respectfully submitted,

/s/ Thomas M. Sobol
Thomas M. Sobol (BBO #471770)
Lauren G. Barnes (BBO #663819)
Abbye R. Klamann Ognibene (BBO #708584)
Claudia Morera (BBO #709507)
Rachel A. Downey (BBO #706639)
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, MA 02109
Telephone: (617) 482-3700
tom@hbsslaw.com
lauren@hbsslaw.com
abbyeo@hbsslaw.com
claudiam@hbsslaw.com
racheld@hbsslaw.com

*Counsel for Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and Quality King Healthcare and Lead Counsel for the Direct Purchaser Class*

Joseph M. Vanek
Bruce S. Sperling
Paul E. Slater
David P. Germaine
John P. Bjork
SPERLING & SLATER, LLC
55 W. Monroe, 32 Floor
Chicago, IL 60603
Telephone: 312-641-3200
jvanek@sperling-law.com
bss@sperling-law.com
pes@sperling-law.com

dgermaine@sperling-law.com
jbjork@sperling-law.com

*Counsel for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc. and Additional Counsel for the Direct Purchaser Class*

John D. Radice
Kenneth Pickle
Clark Craddock
RADICE LAW FIRM, PC
475 Wall Street
Princeton, NJ 08540
Telephone: 646-245-8502
jradice@radicelawfirm.com
kpickle@radicelawfirm.com
ccraddock@radicelawfirm.com

Linda P. Nussbaum
Peter Moran
NUSSBAUM LAW GROUP, P.C.
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
Telephone: 917-438-9189
lnussbaum@nussbaumpc.com
pmoran@nussbaumpc.com

Sharon K. Robertson
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave, NW, 5th Floor
Washington, DC 20005
Telephone: 202-408-4600
srobertson@cohenmilstein.com
jweiner@cohenmilstein.com

Donna M. Evans (BBO #554613)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: 212-838-7797
devans@cohenmilstein.com

David F. Sorensen
Caitlin G. Coslett
BERGER MONTAGUE, P.C.
1622 Locust Street

Philadelphia, PA 19103
Telephone: (215) 875-3000
dsorensen@bm.net
ccoslett@bm.net
Joseph H. Meltzer
Terence S. Ziegler
KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com

*Additional Counsel for the Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was served by filing it on the Court's CM/ECF system, which will deliver notification of filing to all counsel of record.

Dated: June 21, 2024

/s/ Thomas M. Sobol
Thomas M. Sobol